■ FLORENCE MAREC et al., Respondents, v MARCELLE LYNCH, Appellant. [735 NYS2d 793] —In an action, *inter alia,* for the imposition of a constructive trust, the defendant appeals from an order of the Supreme Court, Rockland County (Bergerman, J.), dated October 24, 2000, which, *inter alia,* denied her motion to dismiss the complaint pursuant to CPLR 3211 (a) (7).

Ordered that the order is affirmed, with costs.

To determine a motion to dismiss a complaint for failure to state a cause of action under CPLR 3211 (a) (7), the court must accept the allegations of the complaint as true, and must give the plaintiffs the benefit of every favorable inference (*see, Cron v Hargro Fabrics,* 91 NY2d 362; *Leon v Martinez,* 84 NY2d 83; CPLR 3211 [a] [7]). Contrary to the defendant's contention, the facts as alleged stated viable causes of action to impose a constructive trust and to recover damages for fraud (*see, Leon v Martinez, supra,* at 88).

The defendant's remaining contentions are without merit. Krausman, J. P., Friedmann, Feuerstein and Schmidt, JJ., concur.